**CRIMINAL CASE COVER SHEET**  **U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**          **Related Case Information**

City Tupelo          Superseding Indictment _____ Case Number _____

County Lee          Same Defendant _____ New Defendant _____

RECEIVED          Magistrate Judge Case Number _____
OCT 24 2018          Search Warrant Case Number _____
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI          R20/R40 from District of _____
          Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes  ☑ No          If yes, Matter to be sealed: ☐ Yes  ☑ No

Defendant Name Antonio Bell

Alias Name _____

Address Nettleton, MS

DOB 1993   SS# ***-**-8202   Sex M   Race B   Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA Jamiel Wiggins   Bar # 103771

Interpreter: ☐ Yes  ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 8          ☐ Petty   ☐ Misdemeanor   ☑ Felony

Title & Section          Description of Offense Charged          Count(s)
Set 1  18.922G.F          Unlawful transport of firearms, etc.          2,4,7
Set 2  18.922U.F          Stealing a firearm from a licensed dealer          1,3
Set 3  18.922J.F          Receive stolen firearms          5,6,8
Set 4  18.922I.F          Transport stolen firearms          1

Date: 10/23/18          Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)          1:18 CR 139